# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IBERIABANK,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 2:12-cv-00779-CLS |
| **SOUTHLAKE REAL ESTATE GROUP, LLC, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

On June 8, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that plaintiff's Motion for Default Judgment be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 29th day of June, 2012.

_____
United States District Judge